**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*



Butner, North Carolina 27509
☐ Federal Medical Center
P.O. Box 1500
■ Federal Correctional Institution
P. O. Box 1000
☐ Low Security Correctional Institution
P.O. Box 999

November 21, 2005

**FILED**
ASHEVILLE, N. C.

The Honorable Dennis L. Howell
United States District Court
Western District of North Carolina
309 U.S. Courthouse Building
100 Otis Street
Asheville, North Carolina 28802-2611

**NOV 2 8 2005**

U.S. DISTRICT COURT
W. DIST. OF N. C.

RE: HATLEY, Byron Casey
REGISTER NUMBER: 15881-058
DOCKET NUMBER: 1:05cr245

Dear Judge Howell:

The above referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina on November 9, 2005, pursuant to the provisions of Title 18, United States Code, Sections 4241(a)(b), 4242, and 4247(b)(c).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Hatley, which are necessary to complete his evaluation. In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for 30 days. If this request is granted, the evaluation period will end on January 22, 2006. My staff will complete the evaluation as soon as possible and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please forward copies of the amended Order by fax machine to I. Garcia, Unit Manager at (919) 575-2023 and also to K. Bernardo, Inmate Systems Manager at (919) 575-2003. Please mail a certified copy to the Records Office at FCI Butner.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-4541.

Respectfully,

Patricia R. Stansberry
Warden

GRANTED/DENIED (Circle One)    DATE: 28 November 2005

Signature: _____
Judge Dennis L. Howell