# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:05CR245** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **BYRON CASEY HATLEY** | ) | |

**THIS MATTER** is before the Court on the Government's motion for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

For the reasons stated therein,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to the U. S. Marshal's Office, U.S. Probation Office and the United States Attorney's Office.

Signed: April 13, 2006

Lacy H. Thornburg
United States District Judge